# EXHIBIT A

Case 8:20-cv-03249-TDC   Document 1-2   Filed 11/09/20   Page 1 of 5

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Legal Assistance, Bldg. 1, 7th Floor, Rm. 7159<br>Walter Reed National Military Medical Center<br>8955 Wood Road<br>Bethesda, MD 20889-5600 | Charles H. Highsmith<br>3047 Desert Palm Court<br>Dumfries, VA 22026 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY  ☒ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS<br>M | 6. DATE AND DAY OF ACCIDENT<br>09/11/2018 | 7. TIME (A.M. OR P.M.)<br>PM |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

I, Charles H. Highsmith, was admitted to the hospital on 11 Sep 18 for a scheduled right neck dissection for right oropharynx cancer which involved the removal of 12 lymph nodes. On the evening of 11 Sep 18 while in recovery, I had a stroke due to a surgical mistake. The brain MRI and MRA confirmed that DR Wayne A. Cardoni performed a surgical error in the cutting of my right internal carotid artery during the procedure, causing an ill-sufficient level of blood flow to the brain and a stroke while recovering in the hospital. SEE DETAILS ATTACHED.

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

10. PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Due to the 'surgical error' and 'forced stroke', I experience left and right side body weakness with balancing challenges. The results of the stroke highlighted two areas/segments of the brain (right side) that reflects brain damage (mobility and balance) which is responsible for me having lesser strength, feeling of stiffness/heaviness while executing body movements. I am at 35 to 40 percent [out of 100 percent] strength post-surgical error and forced stroke.

11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
|  |  |

12. (See instructions on reverse).  AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| 0.00 | 7,000,000 | 0.00 | 7,000,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side).<br>[signature] | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>703-695-8626 | 14. DATE OF SIGNATURE<br>12/06/2018 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 75- RECEIVED IN LEGAL
DATE 12/7/18 INITIAL [initials]

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

| INSURANCE COVERAGE |
|---|
| In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property. |

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?   ☐ Yes   ☐ No   17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance?   ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☐ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) BACK

**CONTINUATION from Block 8, Charles H. Highsmith:**

On the night of 11 Sep 18, while in recovery, I began to have a stroke due to a surgical error. The staff alertness and responsiveness (in my opinion) to my condition while undergoing this forced stroke was remarkably unsatisfactory. While the staff member providing overwatch of me was away to get me something soothing for my throat, there appeared to be a lack of overall overwatch. As the staff member returned, I was already in early phases of a stroke. Who else was providing overwatch? After my stroke, I heard a lot of concerns and edginess among the post-op staff as if it was known that there should've been better staff overwatch within the post-op area to monitor my condition.

On 12 Sep 18, the Brain MRI results revealed two areas of the brain were impacted which caused the stroke (Point of Contact, Dr. Craig, Neurology, Bethesda Hospital). As I remain in recovery, Dr. Wayne Cardoni, Head and Neck Surgeon, Walter Reed National Military Medical Center, informed me and my family that he made a surgical error and ligated the right internal carotid artery. Dr. Cardoni began to cry and then said "I am so sorry" (acknowledging his surgical error). Dr. Cardoni explained that he had performed this surgery many times before and he treated this surgery just like the other ones performed; however, he articulated that my anatomy was different than the other surgeries he had performed. Dr. Cardoni went into this surgery under the assumption that my left side (neck) anatomy was the same as my right side (neck) anatomy. My right side anatomy is different than my left side. I informed him that leaders do not treat every situation the same as he did and I went onto to say (as a former Military Intelligence Officer), I never acted as if the opposition would perform the same tactic nor did I ever treat any situation the same and because of that, I saved Soldiers' lives.

My right side anatomy and artery composition protrudes opposite than the left side so when he made the surgical incision into the right neck area, he cut the right internal carotid artery. Dr. Cardoni explained the anatomy composition to me and my family (Exhibit 1) and then conducted a self-drawing of how he made the surgical error (Exhibit 2). Dr. Cardoni then mentioned once more that he was sorry for what had happened and said he would love to stay and talk but he had another surgery to perform [At this moment, Dr. Cardoni's stance seemed inconsiderate and egotistical in which we as a family (spouse and children present) did not appreciate this at all]. Prior to Dr. Cardoni's departing the room, he provided me the Resolutions Point of Contact (Bethesda Hospital) so I may to further discuss the surgical error and begin the Claims Process. Dr. Cardoni did not conduct a detailed review of my MRIs. Had he reviewed my MRIs and done the analysis, this mistake would have been avoidable. Dr. Cardoni had in his possession detailed MRIs that highlighted my anatomy clearly. Dr. Cardoni presented MRIs that he had in possession as he explained my anatomy structure (Exhibits 3 thru 5, MRI 2014, MRIs 2018). Again, the adequate analysis prior to this major surgery was not conducted for overall success.

I was placed on the ICU floor for continued over-watch while in recovery. At the time, I had no problems in swallowing; therefore, I was told by the Staff that I could be on a regular diet. Hours later, my wife noticed raised areas vicinity around the areas where I had the neck dissection and where the drainage tubes were located. My wife went to staff assistance desk for someone to look at the area vicinity my neck. Dr. Cardoni soon came into the ICU room, reviewed the raised area and relayed to me that I was developing blood clotting in several areas (hematoma) and that I would need to have another surgical operation to correct the blood clotting within the areas of impact. This procedure was quite extensive. During the second surgery, my vocal cords were impacted, resulting in right side vocal cord paralysis.

The surgical error by Dr. Cardoni has gravely impacted my quality of life. *In result of the surgical error, I now have 3 main arteries supplying blood to the brain instead of 4 main arteries.* I am now on medications for the rest of my life. Prior to this episode, I was not on any life reliant medications and considered in great health. I am now on a daily aspirin for blood thinning and also on Lipitor to prevent a raised cholesterol level and future stroke, in which I do not have any cholesterol issues but I have to take Lipitor for an additional layer of precaution to prevent a possible future stroke due to now having 3 main arteries instead four main arteries that supply blood to the brain. In addition, the outcome of the surgical error has provided raised levels of vertigo conditions so I am taking medications to lessen vertigo conditions. Since the episode, I am experiencing muscle stiffness, still some balancing challenges at periods while performing continues routine activities, on-going noted muscle weakness left and right side, light headedness, an increased level of vertigo symptoms associated with migraines, and some facial/tongue weakness with asymmetries. I remain in therapy as part of a continual recovery process and being evaluated for Post – traumatic stress disorder (Associated Clinical Services) due to significant stress and levels of anxiety (Exhibit 6 – Referral Anxiety Disorder – Sep 18) this episode has forced upon me. Since the episode, I now have a very hard time entering Bethesda Hospital without having high levels of anxiety symptoms as it steadily reminds me of the forced stroke that was placed upon me, my current condition, including how avoidable everything could have been through prior studies. I am at 35 to 40 percent strength [out of 100 percent] in comparison to the strength I had prior to the forced stroke. I continue to have an abundance of heaviness and stiffness while lifting or maneuvering my legs. This is very hard coming from someone [like me] who used to run marathons. Moreover, because of the episode, I now periodically have trouble with tasks having more than two steps, I forget what I am doing in the middle of things, I get tired more often, I lose things more often, I have a short attention span, I forget instructions easily and I have trouble sleeping. I provided this recent report to my therapist on Fort Belvoir as part of my overall assessment.

I, Charles Highsmith, can be reached at daytime phone, 703-695-8626 or if not reached, please contact my spouse's phone, Sheila Highsmith, at 520-249-1473, and leave word with her so I may contact you. My personal email address is: charles.highsmith01@gmail.com.