# EXHIBIT C



**DEPARTMENT OF THE NAVY**
OFFICE OF THE JUDGE ADVOCATE GENERAL
TORT CLAIMS UNIT NORFOLK
9620 MARYLAND AVENUE SUITE 205
NORFOLK VA 23511-2949

IN REPLY REFER TO

5890
Ser J190493
June 25, 2020

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

SETH L CARDELI ESQ
JANET JANET & SUGGS LLC
EXECUTIVE CENTER AT HOOKS LANE
4 RESERVOIR CIRCLE STE 200
BALTIMORE MD 21208

Dear Mr. Cardeli:

SUBJECT:    CLAIM OF CHARLES HIGHSMITH; OUR FILE NO. J190493

   This is in reference to the amended administrative claim you submitted in the amount of $20,000,000.00 for alleged negligence following medical care at Walter Reed National Military Medical Center on September 11, 2018. Your letter requesting reconsideration of the denial issued by this office on January 13, 2020 was received on May 19, 2020. Your request for reconsideration was granted.

   We have reviewed the file and related correspondence, the investigation conducted into the matters raised in your claim, and the issues raised in your e-mail requesting reconsideration. Upon completion of that review, we have determined the denial of your claim was appropriate and did not result from mistake of law or fact. Accordingly, upon reconsideration, your claim is denied.

   This denial constitutes the final action on this claim. If you choose to file suit, you must do so in the appropriate United States District Court within six months of the date of the mailing of this letter. Failure to file suit within the six-month period will result in the claim being forever barred.

Sincerely,

STEPHANIE M. CORBIN
Managing Attorney, Western Region