**EXHIBIT E**



**DEPARTMENT OF THE NAVY**
OFFICE OF THE JUDGE ADVOCATE GENERAL
TORT CLAIMS UNIT NORFOLK
9620 MARYLAND AVENUE SUITE 205
NORFOLK VA 23511-2949

IN REPLY REFER TO

5890
Ser J201320
25 June 20

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

SETH L CARDELI ESQ
JANET JANET & SUGGS LLC
EXECUTIVE CENTER AT HOOKS LANE
4 RESERVOIR CIRCLE STE 200
BALTIMORE MD 21208

Dear Mr. Cardeli:

SUBJECT: CLAIM OF SHEILA HIGHSMITH; OUR FILE NO. J201320

    This responds to your client's administrative claim in the amount of $20,000,000.00 for damages allegedly resulting from medical care provided to Charles Highsmith at Walter Reed National Military Medical Center on September 11, 2018. Your client's claim was analyzed under the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2401(b), and 2671-2680. Our investigation has determined the United States is not liable under the FTCA for the damages claimed.

    The United States is liable under the FTCA when the negligence or wrongful act of a Federal employee proximately causes injury. A review of Mr. Highsmith's medical record shows that applicable standard of care was met by each of his Navy health care providers. The damages alleged did not result from any negligent act or omission on the part of an employee of the United States. Accordingly, your client's claim is denied.

    If you do not agree with this decision, be advised you have six months from the date of mailing of this letter to file suit in the appropriate Federal district court. If you have any questions, please contact me by phone at (757) 341-4538 or email at kristina.schlieter@navy.mil.

Sincerely,

KRISTINA L. SCHLIETER
Tort Claims Attorney