# EXHIBIT G

| | | |
|---|---|---|
| CHARLES HIGHSMITH<br>3047 Desert Palm Ct<br>Dumfries, VA 22026 | * | IN THE |
| | * | HEALTH CARE |
| and | * | ALTERNATIVE DISPUTE |
| SHEILA HIGHSMITH<br>3047 Desert Palm Ct<br>Dumfries, VA 22026 | * | RESOLUTION OFFICE |
| | * | **2020 475** |
| CLAIMANTS | * | HCADRO No.: _____ |
| v. | * | |
| UNITED STATES OF AMERICA | * | |
| Serve On:  United States Attorney for the<br>District of Maryland<br>36 S. Charles Street, 4th Fl.<br>Baltimore, MD 21201 | *<br><br>* | |
| | * | |
| Serve On:  William Barr<br>ATTN: Civil Division<br>U.S. Attorney General's Office,<br>950 Pennsylvania Ave, N.W.,<br>Washington, D.C. 20530-00001 | *<br><br><br>*<br><br>* | |
| HEALTH CARE PROVIDERS. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF TRANSFER

Claimants, Charles Highsmith and Sheila Highsmith, by and through their attorneys, having elected a Waiver of Arbitration under the provisions of the Annotated Code of Maryland, Courts and Judicial Proceedings Article §3-2A-06B, it is this ___ day of October, 2020, by the Health Care Alternative Dispute Resolution Office,

ORDERED, that this case shall be, and is hereby, transferred to the United States District Court for the District of Maryland.

_____
HARRY CHASE, DIRECTOR
Health Care Alternative Dispute Resolution Office

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the copies of the ORDER OF TRANSFER have been mailed, postage prepaid, to all counsel.

_____
HARRY CHASE, DIRECTOR