AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| Charles Highsmith and Sheila Highsmith <br><br> *Plaintiff(s)* <br> v. <br> United States of America <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 8:20-cv-03249-TDC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Defendant United States of America to be served at:
(1) United States Attorney for the District of Maryland, 36 S. Charles Street, 4th Fl., Baltimore, MD 21201

(2) William Barr, ATTN: Civil Division, U.S. Attorney General's Office, 950 Pennsylvania Ave, N.W., Washington, D.C. 20530-00001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Dov Apfel (#07187)
Seth Cardeli (#07212)
Levin & Perconti
325 North LaSalle Drive, Suite 300
Chicago, IL 60654

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/10/2020

*Signature of Clerk or Deputy Clerk*