IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **CHARLES HIGHSMITH**, *et al.*, | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| v. | *   Case No. 8:20-cv-03249-TDC |
| | * |
| **UNITED STATES OF AMERICA,** | * |
| | * |
| **Defendant.** | * |

**********

## NOTICE OF APPERANCE

Cate E. Cardinale hereby enters her appearance as counsel for defendant United States. Ms. Cardinale is admitted or otherwise authorized to practice in this court. She is registered with the Court's Case Management/Electronic Case Files ("CM/ECF") system and may be served electronically using CM/ECF. Parties may serve Ms. Cardinale by U.S. Mail as follows:

> Cate E. Cardinale
> Department of Justice
> Civil Division/T-FTCA
> P.O. Box 888
> Washington, DC  20044

Parties may serve Ms. Cardinale by private companies, fax, or electronically (when permitted by Rule) as follows:

> Cate E. Cardinale
> Department of Justice
> Civil Division/T-FTCA
> 175 N St., NE
> Washington, DC  20002
> (202) 514-1067 (phone)
> (202) 616-5200 (fax)
> cate.cardinale@usdoj.gov

Respectfully submitted,

JENNIFER B. DICKEY
Acting Assistant Attorney General
Civil Division

DOUGLAS G. SMITH
Deputy Assistant Attorney General

JAMES G. TOUHEY, JR.
Director, Torts Branch

CHRISTOPHER R. BENSON
Assistant Director, Torts Branch

 /s/ Cate E. Cardinale
Cate E. Cardinale
Trial Attorney
D. Md. Bar No: 814756
S.C. Bar No: 103149
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 888
Washington, DC 20044
(202) 514-1067
cate.cardinale@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of January 2021, a copy of the foregoing Notice of Appearance was served on counsel of record via the Court's CM/ECF system.

/s/ Cate E. Cardinale
Cate E. Cardinale
Trial Attorney