IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CHARLES HIGHSMITH,** *et al.*, | * |
| **Plaintiffs,** | * |
| v. | *   Case No. 8:20-cv-03249-TDC |
| **UNITED STATES OF AMERICA,** | * |
| **Defendant.** | * |

**********

## JOINT REQUEST TO MODIFY THE SCHEDULING ORDER

Pursuant to the Court's Scheduling Order, *see* ECF No. 9, the United States of America ("Defendant"), and Plaintiffs, Charles Highsmith and Sheila Highsmith ("Plaintiffs," and together with the Defendant, the "Parties"), file this *Joint Request to Modify the Scheduling Order*.

1. On January 25, 2021, the Court entered the Scheduling Order establishing, among others, the following deadlines:

| DISCOVERY EVENT | DEADLINE |
|---|---|
| Motions to amend the pleadings or for joinder of additional parties | March 11, 2021 |
| Plaintiffs' Rule 26(a)(2) expert disclosures | March 26, 2021 |
| Defendant's Rule 26(a)(2) expert disclosures | April 26, 2021 |
| Plaintiffs' rebuttal Rule 26(a)(2) expert disclosures | May 10, 2021 |
| Rule 26(e)(2) supplementation of disclosures and responses | May 17, 2021 |

| DISCOVERY EVENT | DEADLINE |
|---|---|
| Completion of Discovery; submission of Post-Discovery Joint Status Report | June 9, 2021 |
| Requests for admission | June 16, 2021 |
| Notice of Intent to File a Pretrial Dispositive Motion | June 23, 2021 |

2. The Parties have conferred and request that the Court extend certain of the above-referenced deadlines, as set forth below:

| DISCOVERY EVENT | OLD DEADLINE | NEW DEADLINE |
|---|---|---|
| Plaintiffs' Rule 26(a)(2) expert disclosures | March 26, 2021 | July 2, 2021 |
| Defendant's Rule 26(a)(2) expert disclosures | April 26, 2021 | September 3, 2021 |
| Plaintiffs' rebuttal Rule 26(a)(2) expert disclosures | May 10, 2021 | October 8, 2021 |
| Rule 26(e)(2) supplementation of disclosures and responses | May 17, 2021 | November 5, 2021 |
| Completion of Discovery; submission of Post-Discovery Joint Status Report | June 9, 2021 | December 31, 2021 |
| Requests for admission | June 16, 2021 | January 7, 2022 |
| Notice of Intent to File a Pretrial Dispositive Motion | June 23, 2021 | January 14, 2022 |

3. The requested modifications of the Scheduling Order will provide sufficient time to complete necessary discovery in this complex medical malpractice matter.

**WHEREFORE**, the Parties request that the Court amend the Scheduling Order, as set forth above.

    Respectfully submitted,

/s/ Seth L. Cardeli
Dov Apfel (#07187)
da@levinperconti.com
Seth L. Cardeli (#07212)
slc@levinperconti.com
Levin & Perconti
325 North LaSalle Drive
Suite 300
Chicago, Illinois 60654
Telephone: (312) 332-2872
Facsimile: (312) 332-3112
*Counsel for the Plaintiffs*


BRIAN BOYNTON
Acting Assistant Attorney General
Civil Division

JAMES G. TOUHEY, JR.
Director, Torts Branch

CHRISTOPHER R. BENSON
Assistant Director, Torts Branch

/s/ Cate E. Cardinale
Cate E. Cardinale
Trial Attorney
D. Md. Bar No: 814756
S.C. Bar No: 103149
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 888
Washington, DC 20044
(202) 514-1067
cate.cardinale@usdoj.gov
*Counsel for the United States of America*