IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHARLES HIGHSMITH, et al., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * Case No. 8:20-cv-03249-TDC |
| | * |
| UNITED STATES OF AMERICA, | * |
| | * |
| Defendant. | * |

\*\*\*\*\*\*\*\*\*\*\*

## AMENDED SCHEDULING ORDER

Upon consideration of the Joint Request to Modify the Scheduling Order (ECF No. 11), it is hereby ordered that the Scheduling Order deadlines in this case are amended as follows:

| DISCOVERY EVENT | OLD DEADLINE | NEW DEADLINE |
|---|---|---|
| Plaintiffs' Rule 26(a)(2) expert disclosures | March 26, 2021 | July 2, 2021 |
| Defendant's Rule 26(a)(2) expert disclosures | April 26, 2021 | September 3, 2021 |
| Plaintiffs' rebuttal Rule 26(a)(2) expert disclosures | May 10, 2021 | October 8, 2021 |
| Rule 26(e)(2) supplementation of disclosures and responses | May 17, 2021 | November 5, 2021 |
| Completion of Discovery; submission of Post-Discovery Joint Status Report | June 9, 2021 | December 31, 2021 |
| Requests for admission | June 16, 2021 | January 7, 2022 |

| Notice of Intent to File a Pretrial Dispositive Motion | June 23, 2021 | January 14, 2022 |

Date:  February 8, 2021                              /s/ *Theodore D. Chuang*
                                                     THEODORE D. CHUANG
                                                     United States District Judge