IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CHARLES HIGHSMITH,** *et al.*, | |
| **Plaintiffs,** | |
| v. | Case No. 8:20-cv-03249-TDC |
| **UNITED STATES OF AMERICA,** | |
| **Defendant.** | |

**(PROPOSED) ORDER GRANTING MOTION FOR ADMISSION
PRO HAC VICE FOR ABIGAIL MARSHALL**

Having considered the Motion for Admission Pro Hac Vice for Abigail Marshall by Plaintiffs, Charles Highsmith and Sheila Highsmith, the Motion for Admission Pro Hac Vice is hereby **GRANTED**.

Date: June ___, 2021

_____
THEODORE D. CHUANG
United States District Court Judge