IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **CHARLES HIGHSMITH**, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case No. 8:20-cv-03249-TDC |
| | * | |
| **UNITED STATES OF AMERICA**, | * | |
| | * | |
| **Defendant.** | * | |

\*\*\*\*\*\*\*\*\*\*

## JOINT REQUEST TO MODIFY THE AMENDED SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16(b), the Court's January 25, 2021 Scheduling Order, ECF No. 9, and February 8, 2021 Amended Scheduling Order, ECF No. 14, the United States of America ("Defendant"), and Plaintiffs, Charles Highsmith and Sheila Highsmith ("Plaintiffs," and together with the Defendant, the "Parties"), respectfully submit this *Joint Request to Modify the Amended Scheduling Order*.

1. On February 8, 2021, the Court entered the Amended Scheduling Order. ECF No. 14.

2. On March 19, 2021, Defendant United States, with the consent of the Plaintiffs, filed a request to file a motion asking the Court to enter a protective order pursuant to Fed. R. Civ. P. 26(c) and Local Rule 104.13 stipulated to by the Parties concerning the exchange of confidential and protected material. ECF No. 16.

3. On May 18, 2021, Defendant United States filed a separate request to move for a protective order pursuant to Fed. R. Civ. P. 26 and 30(b)(6) concerning Plaintiffs' Rule 30(b)(6) deposition notice. ECF No. 17.

4. The Court has not yet authorized either request to file the above-referenced motions.

5. As such, the Parties have conferred and request that the Court extend the deadlines, as described below, to allow the Parties sufficient time to complete necessary discovery.

6. The proposed modified dates are as set forth below:

| DISCOVERY EVENT | CURRENT DEADLINE | PROPOSED NEW DEADLINE |
| --- | --- | --- |
| Plaintiffs' Rule 26(a)(2) expert disclosures | July 2, 2021 | October 13, 2021 |
| Defendant's Rule 26(a)(2) expert disclosures | September 3, 2021 | December 15, 2021 |
| Plaintiffs' rebuttal Rule 26(a)(2) expert disclosures | October 8, 2021 | January 14, 2022 |
| Rule 26(e)(2) supplementation of disclosures and responses | November 5, 2021 | February 18, 2022 |
| Completion of Discovery; submission of Post-Discovery Joint Status Report | December 31, 2021 | April 15, 2022 |
| Requests for admission | January 7, 2022 | April 22, 2022 |
| Notice of Intent to File a Pretrial Dispositive Motion | January 14, 2022 | April 29, 2022 |

The requested modifications of the Scheduling Order will provide sufficient time to complete necessary discovery in this complex medical malpractice matter.

**WHEREFORE**, the Parties request that the Court amend the Scheduling Order, as set forth above.

Date: June 25, 2021	Respectfully submitted,

/s/Seth L. Cardeli
Seth L. Cardeli (#07212)
slc@levinperconti.com
Abigail Marshall (pro hac vice)
amm@levinperconti.com
Levin & Perconti
325 North LaSalle Drive
Suite 300
Chicago, Illinois 60654
Telephone: (312) 332-2872
Facsimile: (312) 332-3112

*Counsel for the Plaintiffs*


BRIAN BOYNTON
Acting Assistant Attorney General
Civil Division

JAMES G. TOUHEY, JR.
Director, Torts Branch

CHRISTOPHER R. BENSON
Assistant Director, Torts Branch

/s/Cate E. Cardinale
Cate E. Cardinale
Trial Attorney
D. Md. Bar No: 814756
S.C. Bar No: 103149
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 888
Washington, DC 20044
(202) 514-1067
cate.cardinale@usdoj.gov

*Counsel for the United States of America*

3