IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **CHARLES HIGHSMITH,** *et al.*, | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| v. | * | Case No. 8:20-cv-03249-TDC-TJS |
| | * | |
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **Defendant.** | * | |

**\*\*\*\*\*\*\*\*\*\***

## DEFENDANT'S CONSENT MOTION FOR STIPULATED PROTECTIVE ORDER

Defendant, the United States of America, has requested that the Plaintiffs, Charles and Sheila Highsmith, agree to a Stipulated Protective Order to protect confidential and protected material that may be exchanged during this litigation. After good faith discussions engaged by the Defendant and the Plaintiffs (collectively referred to as the "Parties"), the Plaintiffs hereby consent to Defendant's Consent Motion for Stipulated Protective Order for entry of the attached Stipulated Protective Order, Exhibit 1. This motion is made pursuant to Fed. R. Civ. P. 26(c) and Local Rule 104.13 and good cause exists to enter the order for the reasons set forth herein.

1. During discovery and litigation of this action the Parties will exchange documents, data, evidence, and electronically stored information containing material protected from public disclosure by HIPAA, the Privacy Act, or other confidentiality laws. So that the Parties may freely exchange such information for purposes of this action, and so that the Parties have an orderly process for using protected documents, data, and information in discovery and at trial, a protective order is warranted.

2.	The Parties conferred, in good faith, about the provisions of the proposed joint Stipulated Protective Order and agree to its provisions.

3.	Furthermore, as required by this Court, the Stipulated Protective Order is consistent with Local Rules 104.13, 105.11, and the Scheduling Order (ECF No. 9) Section IV.E.

Wherefore, for good cause shown, the parties jointly and respectfully request that the Court enter the attached Stipulated Protective Order as an order of the Court.

| | |
|---|---|
| BRIAN BOYNTON<br>Acting Assistant Attorney General<br>Civil Division<br><br>JAMES G. TOUHEY, JR.<br>Director, Torts Branch<br><br>CHRISTOPHER R. BENSON<br>Assistant Director, Torts Branch<br><br>*/s/ Cate E. Cardinale*<br>Cate E. Cardinale<br>Trial Attorney<br>D. Md. Bar No: 814756<br>S.C. Bar No: 103149<br>Torts Branch, Civil Division<br>United States Department of Justice<br>P.O. Box 888<br>Washington, DC 20044<br>(202) 514-1067<br>cate.cardinale@usdoj.gov<br><br>*Counsel for the United States* | CONSENTED BY:<br><br>*/s/ Seth L. Cardeli*<br>Seth L. Cardeli (#07212)<br>slc@levinperconti.com<br>Abigail Marshall (pro hac vice)<br>amm@levinperconti.com<br>Levin & Perconti<br>325 North LaSalle Drive<br>Suite 300<br>Chicago, Illinois 60654<br>Telephone: (312) 332-2872<br>Facsimile: (312) 332-3112<br><br>*Counsel for the Plaintiffs* |