**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| CHAMBERS OF<br>TIMOTHY J. SULLIVAN<br>UNITED STATES MAGISTRATE JUDGE<br>MDD_TJSchambers@mdd.uscourts.gov | U.S. Courthouse<br>6500 Cherrywood Lane<br>Greenbelt, Maryland 20770<br>(301) 344-3593 |

August 25, 2021

LETTER TO COUNSEL:

    Re:    *Highsmith v. United States*
              Case No. TDC-20-3249

Dear Counsel:

This letter memorializes the outcome of the telephone conference held on August 24, 2021.

The parties are ordered to meet and confer (in person, by phone, or by remote videoconferencing; email exchanges alone will not suffice) and make sincere attempts to resolve the discovery disputes addressed in the defendant's letter at ECF No. 17. The parties shall file a joint status report by **September 14, 2021**, indicating whether the parties successfully resolved all of the disputes. If the parties are not able to resolve all of their disputes, the status report should indicate the areas of the parties' disagreement and provide a brief summary (no more than a few sentences) of each party's position on each issue. Upon review of the status report, the Court will consider whether to convene another telephone conference or establish a briefing schedule.

Despite the informal nature of this letter, it is an Order of Court and will be docketed accordingly.

Sincerely yours,

/s/
Timothy J. Sullivan
United States Magistrate Judge