IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHARLES HIGHSMITH, *et al.*, | * |
| Plaintiffs, | * |
| v. | * Case No. 8:20-cv-03249-TDC-TJS |
| UNITED STATES OF AMERICA, | * |
| Defendant. | * |

**********

**JOINT STATUS REPORT**

Pursuant to the Court's August 25, 2021 Order (ECF No. 27) (the "Order"), the United States of America ("Defendant") along with Plaintiffs, Charles Highsmith and Sheila Highsmith ("Plaintiffs," and together with the Defendant, the "Parties"), hereby submit this joint status report:

In accordance with the Order, on September 9, 2021, the parties met and conferred via telephone regarding the Plaintiffs' 30(b)(6) Notice of Deposition dated May 3, 2021 (the "Notice"). For the time being, the parties have successfully resolved all the disputes surrounding the Notice. The Plaintiffs have agreed to temporarily withdraw Topics 1 through 6 and Topic 10. Plaintiffs also agreed to withdraw Topics 7 through 9 and propound these topics as interrogatories on the United States. The United States agrees to confer with Plaintiffs if Plaintiffs believe there is still a need for any of the Notice topics after the Parties conduct additional discovery. Plaintiffs do not waive the right to re-request a 30(b)(6) notice generally or on these specific topics. Likewise, the United States does not waive the right to object to and/or seek a protective order on any future 30(b)(6) notice.

Date: September 14, 2021                                  Respectfully submitted,


/s/Seth L. Cardeli
Seth L. Cardeli (#07212)
slc@levinperconti.com
Abigail Marshall (pro hac vice)
amm@levinperconti.com
Levin & Perconti
325 North LaSalle Drive
Suite 300
Chicago, Illinois 60654
Telephone: (312) 332-2872
Facsimile: (312) 332-3112

*Counsel for the Plaintiffs*


BRIAN BOYNTON
Acting Assistant Attorney General
Civil Division

JAMES G. TOUHEY, JR.
Director, Torts Branch

CHRISTOPHER R. BENSON
Assistant Director, Torts Branch

/s/Cate E. Cardinale
Cate E. Cardinale
Trial Attorney
D. Md. Bar No: 814756
S.C. Bar No: 103149
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 888
Washington, DC 20044
(202) 514-1067
cate.cardinale@usdoj.gov

*Counsel for the United States of America*