IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CHARLES HIGHSMITH,** *et al.*, | \* |
| **Plaintiffs,** | \* |
| v. | \*   Case No. 8:20-cv-03249-TDC-TJS |
| **UNITED STATES OF AMERICA,** | \* |
| **Defendant.** | \* |

\*\*\*\*\*\*\*\*\*\*

**JOINT REQUEST TO MODIFY THE SECOND AMENDED SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P. 16(b), the Court's previously issued scheduling order and amendments (ECF Nos. 9, 14, and 22), the United States of America ("Defendant"), and Plaintiffs, Charles Highsmith and Sheila Highsmith ("Plaintiffs," and together with the Defendant, the "Parties"), respectfully submit this *Joint Request to Modify the Second Amended Scheduling Order*.

1. On February 8, 2021, the Court entered the Amended Scheduling Order. ECF No. 14.

2. On June 25, 2021, the Parties filed a joint request to modify the Amended Scheduling Order. ECF No. 20.

3. On July 27, 2021, the Court entered a paperless order granting the Joint Request to Modify the Amended Scheduling Order. ECF No. 22.

4. On August 24, 2021, the Parties attended a telephone conference facilitated by the Honorable Timothy J. Sullivan in which the Parties discussed the need to extend the deadlines, as described below, to allow the Parties sufficient time to complete necessary discovery.

5. The proposed modified dates are as set forth below:

| DISCOVERY EVENT | CURRENT DEADLINE | PROPOSED NEW DEADLINE |
|---|---|---|
| Plaintiffs' Rule 26(a)(2) expert disclosures | October 13, 2021 | January 13, 2022 |
| Defendant's Rule 26(a)(2) expert disclosures | December 15, 2021 | March 15, 2022 |
| Plaintiffs' rebuttal Rule 26(a)(2) expert disclosures | January 14, 2022 | April 14, 2022 |
| Rule 26(e)(2) supplementation of disclosures and responses | February 17, 2022 | May 17, 2022 |
| Completion of Discovery; submission of Post-Discovery Joint Status Report | March 30, 2022 | June 30, 2022 |
| Requests for admission | April 7, 2022 | July 7, 2022 |
| Notice of Intent to File a Pretrial Dispositive Motion | April 15, 2022 | July 15, 2022 |

The requested modifications of the Scheduling Order will provide sufficient time to complete necessary discovery in this complex medical malpractice matter.

**WHEREFORE**, the Parties request that the Court amend the Second Amended Scheduling Order, as set forth above.

Date: September 29, 2021

Respectfully submitted,

/s/ Seth L. Cardeli
Seth L. Cardeli (#07212)
slc@levinperconti.com
Abigail Marshall (pro hac vice)
amm@levinperconti.com
Levin & Perconti
325 North LaSalle Drive
Suite 300
Chicago, Illinois 60654
Telephone: (312) 332-2872
Facsimile: (312) 332-3112

*Counsel for the Plaintiffs*


BRIAN BOYNTON
Acting Assistant Attorney General
Civil Division

JAMES G. TOUHEY, JR.
Director, Torts Branch

CHRISTOPHER R. BENSON
Assistant Director, Torts Branch

/s/Cate E. Cardinale
Cate E. Cardinale
Trial Attorney
D. Md. Bar No: 814756
S.C. Bar No: 103149
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 888
Washington, DC 20044
(202) 514-1067
cate.cardinale@usdoj.gov

*Counsel for the United States of America*