IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CHARLES HIGHSMITH,** *et al.*, | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| v. | *   Case No. 8:20-cv-03249-TDC-TJS |
| | * |
| **UNITED STATES OF AMERICA,** | * |
| | * |
| **Defendant.** | * |

\*\*\*\*\*\*\*\*\*\*\*

## THIRD AMENDED SCHEDULING ORDER

Upon consideration of the Joint Request to Modify the Second Amended Scheduling Order (ECF No. 30), it is hereby ordered that the Scheduling Order deadlines in this case are amended as follows:

| Discovery Event | Old Deadline | New Deadline |
|---|---|---|
| Plaintiffs' Rule 26(a)(2) expert disclosures | October 13, 2021 | January 13, 2022 |
| Defendant's Rule 26(a)(2) expert disclosures | December 15, 2021 | March 15, 2022 |
| Plaintiffs' rebuttal Rule 26(a)(2) expert disclosures | January 14, 2022 | April 14, 2022 |
| Rule 26(e)(2) supplementation of disclosures and responses | February 17, 2022 | May 17, 2022 |
| Completion of Discovery; submission of Post-Discovery Joint Status Report | March 30, 2022 | June 30, 2022 |

| Requests for admission | April 7, 2022 | July 7, 2022 |
|---|---|---|
| Notice of Intent to File a Pretrial Dispositive Motion | April 15, 2022 | July 15, 2022 |

Date:   September 29, 2021

                                                  TIMOTHY J. SULLIVAN
                                                  United States Magistrate Judge