# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| | * | |
| **CHARLES HIGHSMITH,** *et al.,* | * | |
| | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| **v.** | * | **Case No. 8:20-cv-03249-TDC** |
| | * | |
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **Defendant.** | * | |

**\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF APPEARANCE

Jennifer H. Gans hereby enters her appearance as counsel for defendant United States.

Ms. Gans is admitted or otherwise authorized to practice in this court.  She is registered with the

Court's Case Management/Electronic Case Files  ("CM/ECF") system and may be served

electronically using CM/ECF.  Parties may serve Ms. Gans by U.S. Mail as follows:

> Jennifer H. Gans
> United States Department of Justice
> Civil Division/T-FTCA
> P.O. Box 888
> Washington, DC  20044

Parties may serve Ms. Gans by private companies, fax, or electronically (when permitted

by Rule) as follows:

> Jennifer H. Gans
> United States Department of Justice
> Civil Division/T-FTCA
> 175 N St., NE
> Washington, DC  20002
> (202) 616-4290 (phone)
> (202) 616-5200 (fax)
> jennifer.h.gans@usdoj.gov

Respectfully submitted,

BRIAN BOYNTON
Acting Assistant Attorney General
Civil Division

JAMES G. TOUHEY, JR.
Director, Torts Branch

CHRISTOPHER R. BENSON
Assistant Director, Torts Branch

 /s/ Jennifer H. Gans
Jennifer H. Gans
Trial Attorney
D. Md. Bar No. 94916
D.C. Bar No. 495176
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 888
Washington, DC 20044
(202) 616-4290
jennifer.h.gans@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of December 2021, a copy of the foregoing Notice of

Appearance was served on counsel of record via the Court's CM/ECF system.


/s/ Jennifer H. Gans
Jennifer H. Gans
Trial Attorney