IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **CHARLES HIGHSMITH,** *et al.*, | * | |
| | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| v. | * | Case No. 8:20-cv-03249-TDC-TJS |
| | * | |
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **Defendant.** | * | |
| | ********** | |

## JOINT REQUEST TO MODIFY THE THIRD AMENDED SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16(b) and the Court's previous amendments to the scheduling order (ECF Nos. 9, 14, 22, and 31), the United States of America ("Defendant"), and Plaintiffs, Charles Highsmith and Sheila Highsmith ("Plaintiffs," and together with the Defendant, the "Parties"), respectfully submit this *Joint Request to Modify the Third Amended Scheduling Order*.

1. On September 29, 2021, the Court entered the Amended Scheduling Order. ECF No. 31.

2. On December 14, 2021, the Parties engaged in a telephone conference in which the Parties discussed the need to extend the deadlines, as described below, to allow the Parties sufficient time to complete necessary discovery.

3. The proposed modified dates are as set forth below:

| DISCOVERY EVENT | CURRENT DEADLINE | PROPOSED NEW DEADLINE |
|---|---|---|
| Plaintiffs' Rule 26(a)(2) expert disclosures | January 13, 2022 | April 29, 2022 |

| | | |
|---|---|---|
| Defendant's Rule 26(a)(2) expert disclosures | March 15, 2022 | July 1, 2022 |
| Plaintiffs' rebuttal Rule 26(a)(2) expert disclosures | April 14, 2022 | July 29, 2022 |
| Rule 26(e)(2) supplementation of disclosures and responses | May 17, 2022 | September 2, 2022 |
| Completion of Discovery; submission of Post-Discovery Joint Status Report | June 30, 2022 | October 14, 2022 |
| Requests for admission | July 7, 2022 | October 21, 2022 |
| Notice of Intent to File a Pretrial Dispositive Motion | July 15, 2022 | October 28, 2022 |

The requested modifications of the Scheduling Order will provide sufficient time to complete necessary discovery in this complex medical malpractice matter.

**WHEREFORE**, the Parties request that the Court amend the Third Amended Scheduling Order, as set forth above.

Date: January 6, 2022

                                                                                             Respectfully submitted,

                                                                                             */s/ Seth Cardeli*
                                                                                             Seth L. Cardeli (#07212)
                                                                                             slc@levinperconti.com
                                                                                             Abigail Marshall (pro hac vice)
                                                                                             amm@levinperconti.com
                                                                                             Levin & Perconti

        325 North LaSalle Drive
        Suite 300
        Chicago, Illinois 60654
        Telephone: (312) 332-2872
        Facsimile: (312) 332-3112

        *Counsel for the Plaintiffs*


        BRIAN BOYNTON
        Acting Assistant Attorney General
        Civil Division

        JAMES G. TOUHEY, JR.
        Director, Torts Branch

        CHRISTOPHER R. BENSON
        Assistant Director, Torts Branch

        */s/ Cate Cardinale*
        Cate E. Cardinale
        Trial Attorney
        D. Md. Bar No: 814756
        S.C. Bar No: 103149
        Torts Branch, Civil Division
        United States Department of Justice
        P.O. Box 888
        Washington, DC 20044
        (202) 514-1067
        cate.cardinale@usdoj.gov

        *Counsel for the United States of America*