IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **CHARLES HIGHSMITH**, *et al.*, | * * * * |
| **Plaintiffs,** | * * |
| v. | *   Case No. 8:20-cv-03249-TDC-TJS |
| **UNITED STATES OF AMERICA,** | * * * |
| **Defendant.** | * |

**\*\*\*\*\*\*\*\*\*\***

# FOURTH AMENDED SCHEDULING ORDER

Upon consideration of the Joint Request to Modify the Third Amended Scheduling Order (ECF No. 32), it is hereby ordered that the Scheduling Order deadlines in this case are amended as follows:

| DISCOVERY EVENT | OLD DEADLINE | NEW DEADLINE |
|---|---|---|
| Plaintiffs' Rule 26(a)(2) expert disclosures | January 13, 2022 | April 29, 2022 |
| Defendant's Rule 26(a)(2) expert disclosures | March 15, 2022 | July 1, 2022 |
| Plaintiffs' rebuttal Rule 26(a)(2) expert disclosures | April 14, 2022 | July 29, 2022 |
| Rule 26(e)(2) supplementation of disclosures and responses | May 17, 2022 | September 2, 2022 |
| Completion of Discovery; submission of Post-Discovery Joint Status Report | June 30, 2022 | October 14, 2022 |

| | | |
|---|---|---|
| Requests for admission | July 7, 2022 | October 21, 2022 |
| Notice of Intent to File a Pretrial Dispositive Motion | July 15, 2022 | October 28, 2022 |

Date: January 6, 2022

                                                                                    _____
TIMOTHY J. SULLIVAN
United States Magistrate Judge