IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **CHARLES HIGHSMITH,** *et al.*, | * | |
| | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| v. | * | Case No. 8:20-cv-03249-TDC-TJS |
| | * | |
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **Defendant.** | * | |
| | ********** | |

## CONSENT MOTION FOR EXTENSION OF TIME

Defendant United States of America, by and through Cate Cardinale, Trial Attorney for the Civil Division of the Department of Justice, hereby requests that the Court extend the United States' time to serve its Fed. R. Civ. P. 26(a)(2) expert disclosures for its vocational rehabilitation expert and economist expert until three weeks after the United States' vocational rehabilitation expert conducts a Rule 35 exam of Plaintiff Charles Highsmith or three weeks after the Court denies the United States' request for the Court to compel Mr. Highsmith to submit to a Rule 35 exam by the United States' vocational rehabilitation expert, and in support thereof states as follows:

1. The United States' current deadline to serve its Fed. R. Civ. P. 26(a)(2) expert disclosures in accordance with the operative scheduling order is July 1, 2022. ECF No. 34.

2. On June 4, 2022, undersigned counsel emailed Plaintiffs' counsel and requested Mr. Highsmith submit to an examination by the United States' vocational rehabilitation expert.

3. On June 8, 2022, Plaintiffs' counsel responded that they would not agree to the examination.

4. The parties met and conferred by telephone on June 9, 2022, but were unable to resolve the dispute.

5. The United States filed a letter with the Court on June 17, 2022, requesting authorization to file a motion pursuant to Fed. R. Civ. P. 35 requiring Mr. Highsmith to submit to an examination by the United States' vocational rehabilitation expert.

6. The United States' vocational rehabilitation expert's examination of Mr. Highsmith will be part of his assessment and report. The United States' economist will rely on the vocational rehabilitation expert report in drafting his own report.

7. As such, the United States requests additional time to serve its vocational rehabilitation expert and economist expert disclosures until the Rule 35 issue is resolved.

8. Pursuant to Local Rule 105(9), undersigned counsel contacted Plaintiffs' counsel concerning this motion. On June 24, 2022, Plaintiffs' counsel provided consent by email to the extension of time requested herein.

9. WHEREFORE, the United States respectfully requests that this Court enter an Order extending its deadline to serve its expert disclosures for its vocational rehabilitation expert and economist expert until three weeks after the United States' vocational rehabilitation expert conducts a Rule 35 exam of Mr. Highsmith or three weeks after the Court denies the United States' request for the Court to compel Mr. Highsmith to submit to a Rule 35 exam by the United States' vocational rehabilitation expert.

Date: June 24, 2022                                              Respectfully submitted,

BRIAN BOYNTON
Acting Assistant Attorney General
Civil Division

JAMES G. TOUHEY, JR.
Director, Torts Branch

CHRISTOPHER R. BENSON
Assistant Director, Torts Branch

/s/Cate E. Cardinale
Cate E. Cardinale
Trial Attorney
D. Md. Bar No: 814756
S.C. Bar No: 103149
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 888
Washington, DC 20044
(202) 514-1067
cate.cardinale@usdoj.gov

*Counsel for the United States of America*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of June 2022, a copy of the foregoing Consent Motion for Extension of Time was served on counsel of record by the Court's CM/ECF.

                        /s/ Cate E. Cardinale
                        Cate E. Cardinale
                        Trial Attorney