**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| CHAMBERS OF<br>TIMOTHY J. SULLIVAN<br>UNITED STATES MAGISTRATE JUDGE<br>MDD_TJSchambers@mdd.uscourts.gov | U.S. Courthouse<br>6500 Cherrywood Lane<br>Greenbelt, Maryland 20770<br>(301) 344-3593 |

June 28, 2022

LETTER TO COUNSEL:

    Re:    *Highsmith v. United States*
             Case No. TDC-20-3249

Dear Counsel:

    The Court has reviewed Defendant's letter requesting leave to file a motion for an order compelling Plaintiff to submit to a Rule 35 examination by Defendant's vocational rehabilitation expert. ECF No. 35. The Court will grant Defendant's request and will treat Defendant's letter (ECF No. 35) as a motion for Rule 35 examination under Rule 35(a)(2). The Court establishes the following briefing schedule:

| | |
|---|---|
| July 8, 2022 | Deadline for Plaintiff's response |
| July 15, 2022 | Deadline for Defendant's reply |

    Plaintiff's response and Defendant's reply shall each be limited to 10 pages, double-spaced, exclusive of exhibits.

    Despite the informal nature of this letter, it is an Order of Court and will be docketed accordingly.

                                                                        Sincerely yours,

                                                                        /s/
                                                                Timothy J. Sullivan
                                                                United States Magistrate Judge