IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHARLES HIGHSMITH, *et al.*, | * |
| Plaintiffs, | * |
| v. | *   8:20-cv-03249-TDC-TJS |
| UNITED STATES OF AMERICA, | * |
| Defendant. | * |

\*\*\*\*\*\*\*\*\*\*\*

## DECLARATION OF JOSEPH H. ROSE IN SUPPORT OF UNITED STATES' MOTION TO COMPEL A RULE 35 EXAMINATION

Joseph H. Rose, being duly sworn, declares:

1. I am Joseph H. Rose C.R.C.,M.Ed. employed by Rehab Counselors, Inc. as a vocational rehabilitation consultant/counselor.

2. I make this declaration on personal knowledge in support of the United States' Motion to Compel a Rule 35 examination in this action.

3. I have been a Certified Rehabilitation Counselor since 1975. I have an Undergraduate Degree from Saint Augustine's University, and a Master's in Education, with a specialty in Rehabilitation Counseling. I have served on the Commission of Rehabilitation Counselor Certification for six (6) years, where I was one of seventeen (17) commissioners. My curriculum vitae ("CV") is attached. According to the CRCC Code of Ethical Conduct Forensic Rehabilitation Counselors, are defined as the following: "Rehabilitation Counselors who work in forensic settings conducting evaluations and/or reviews

1

of records and conduct research for the purpose of providing unbiased and objective expert opinions via case consultation or testimony."

4. Over the past 15–20 years, I have provided forensic vocational assessments. It is my standard practice to interview persons who are to be evaluated. The Vocational Interview serves the purpose of answering vocational/occupational related questions that are not typically covered in Deposition Testimony. While in this matter, Mr. Highsmith's Deposition did cover some vocationally relevant areas, it did not answer questions that pertain to Mr. Highsmith's complete work background, or issues related to potential transferable work skills. The vocational interview also serves the purposes of allowing me to speak with the evaluee and independently assess the more intangible qualities of employability and occupational abilities.

I declare under penalty of perjury, pursuant to 28 U.S.C. Section 1746, that the foregoing is true and correct.

Executed on July 15, 2022

Joseph H. Rose, C.R.C, M.Ed.

# CURRICULUM VITAE

**JOSEPH H. ROSE, C.R.C.,M.Ed.**
P.O. Box 1217
Bowie, Maryland  20718
202-408-9555

## OBJECTIVE

Provide expert consultations in the areas of worker's compensation rehabilitation, employee assistance programs, loss wages, wrongful deaths and medical malpractice, Vocational/ Occupational Assessments and Life Care Planning.

## EXPERIENCE

**Senior Consultant**                                          Joseph H. Rose, C.R.C.,M.Ed.
**(***February 1977 to Present*)                           Private Rehabilitation Consultant

As a rehabilitation consultant, duties have included the vocational evaluation of claimants referred by the U.S. Department of Labor, attorneys, insurance companies and self-insured businesses.  Develop sound rehabilitation plans and strategies in the resolution of individual cases.  I interview, counsel and correspond with claimants, physicians and attorneys, as well as review medical and other pertinent records used to determine wage losses.

I am responsible for providing an initial rehabilitation interview and vocational assessment to identify the injured individuals overall work skills and abilities.  I determine the injured individuals work readiness for reemployment, as well as deceased individuals projected earning capacities.  I provide expert testimony in the areas of vocational evaluation, employment, physical work capacities, loss of wages, earnings capacities and labor market survey and life care plans.

**Consultant**                                                      Alignment Strategies
(*January 1994 to March 1994*)                         Los Angeles, California &
                                                                            Washington, D.C.

As a consultant, I provided professional services and expertise in the areas of business assessments, restructuring, diversity assessments, training and interventions.

**Director of Personnel and Rehabilitation Services**    Davis Memorial Goodwill Industries
(*November 1968 to September 1976*)                          Washington, D.C.

As Director of Personnel and Rehabilitation Services, I had the overall administrative responsibility for the two aforementioned services, which were comprised of six departments with approximately 300 employees.  As Personnel Director, I planned, programmed and established personnel policy for the provision of services designed to support the objective of the organization.

I analyzed, evaluated and recommended allocation of all classes of position.  I provided a full range of technical and advisory services to employees and management of all levels, as well as

supervised selective job placements and follow-up. I developed position descriptions for the organization and supervised the recruitment of new employees.

I developed and implemented a system that enabled the Personnel Department to provide satisfactory personnel administration services to all functions relating to such programs as: Jobs 70, Manpower Development Training Act (MDTA) and Court Referred Programs. The aforementioned programs served approximately 10,600 disabled individuals. I had the administrative responsibility for program development and management of staff work loads.

**Rehabilitation Consultant**                                  Office of Worker's Compensation
*(February 1978 – 1990 & June 1997)*                           U.S. Department of Labor
                                                               District 25 – Washington, D.C.

As a Certified Rehabilitation Counselor, I provided vocational rehabilitation services to workers injured under acts administered by the Office of Worker's Compensation Programs, and Domestic Issues (i.e., Divorces).

**Vocational Expert**                                          Social Security Administration
*(June 1997 – January 31, 2006)*                               Office of Hearings and Appeals

I provide expert (2543) services when requested by representatives from the Office of Disability Adjudication and Review in accordance with Social Security Administration Regulations.

**<u>Commissioner</u>**, **<u>Commission on Rehabilitation Counselor Certification (CRCC)</u>**, May 2006- – June 30, 2011.

**<u>University of the District of Columbia's Rehabilitation Advisory Committee,</u>** September 2014

## EDUCATION

Bachelor of Arts                                               St. Augustine's University
(Summer of 1968)                                               Raleigh, North Carolina

Executive Training Program                                     Goodwill Industries of America
1972 – 1975

Continuing Education
1983 – 1985

Certified Rehabilitation Counselor                             Commission on Rehabilitation
1975 to Present                                                Counselor Certification

Master of Education in Rehabilitation Counseling               Coppin State College
May 1994                                                       Baltimore, Maryland

Rehabilitation Counselor Certification                         U.S. Department of Labor
March 1996                                                     OWCP