IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CHARLES HIGHSMITH**, *et al.*, | * |
| Plaintiffs, | * |
| v. | * 8:20-cv-03249-TDC-TJS |
| **UNITED STATES OF AMERICA**, | * |
| Defendant. | * |

**********

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 101.2(b), Cate E. Cardinale of the U.S. Department of Justice moves this Court to have Ms. Cardinale withdrawn as counsel for the United States and from the Court's service list for this matter. Jennifer H. Gans of the U.S. Department of Justice has filed her notice of appearance in this matter, ECF No. 32 and she remains as counsel for the United States and should continue to be included on the docket and service list.

DATE: July 15, 2022                                             Respectfully submitted,

BRIAN BOYNTON
Acting Assistant Attorney General
Civil Division

JAMES G. TOUHEY, JR.
Director, Torts Branch

CHRISTOPHER R. BENSON
Assistant Director, Torts Branch

/s/ Cate E. Cardinale
Cate E. Cardinale
Trial Attorney
D. Md. Bar No: 814756
S.C. Bar No: 103149

1

Torts Branch, Civil Division
United States Department of Justice
P.O. Box 888
Washington, DC 20044
(202) 514-1067
cate.cardinale@usdoj.gov

*Counsel for the United States of America*