IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHARLES HIGHSMITH, *et al.*,

\* Plaintiffs,

v.   8:20-cv-03249-TDC-TJS

UNITED STATES OF AMERICA,

Defendant.

\*\*\*\*\*\*\*\*\*\*\*

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Upon consideration of the Motion to Withdraw Cate E. Cardinale of the United States Department of Justice as Counsel for the United States (ECF No. 44), it is hereby ordered that the motion is granted, and Ms. Cardinale is withdrawn as counsel for the United States.

DATE: 7/19/2022

_____
THEODORE D. CHUANG
United States District Judge

1