IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CHARLES HIGHSMITH,** *et al.*, | * |
| **Plaintiffs,** | * |
| v. | *   Case No. 8:20-cv-03249-TDC-TJS |
| **UNITED STATES OF AMERICA,** | * |
| **Defendant.** | * |

**\*\*\*\*\*\*\*\*\*\***

## JOINT FIFTH AMENDED SCHEDULING ORDER

Pursuant to this Court's Letter Order dated August 8, 2022 (ECF No. 48), it is hereby ordered that the Scheduling Order deadlines in this case are amended as follows:

| Discovery Event | Old Deadline | New Deadline |
|---|---|---|
| Defendant's Rule 26(a)(2) Reports concerning Plaintiffs' economic damages | July 1, 2022 | September 23, 2022 |
| Plaintiffs' rebuttal Rule 26(a)(2) Reports concerning Plaintiffs' economic damages | July 29, 2022 | October 24, 2022 |
| Rule 26(e)(2) supplementation of disclosures and responses | September 2, 2022 | October 28, 2022 |
| Completion of discovery; submission of Post-Discovery Joint Status Report | October 14, 2022 | November 4, 2022 |
| Requests for admission | October 21, 2022 | November 11, 2022 |
| Notice of Intent to File a Pretrial Dispositive Motion | October 28, 2022 | November 18, 2022 |

Date: August 23, 2022

/s/ Timothy J. Sullivan
TIMOTHY J. SULLIVAN
United States Magistrate Judge