IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **CHARLES HIGHSMITH**, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case No. 8:20-cv-03249-TDC-TJS |
| | * | |
| **UNITED STATES OF AMERICA**, | * | |
| | * | |
| **Defendant.** | * | |

**********

## JOINT ORDER FOR RULE 35 EXAMINATION

Pursuant to this Court's Letter Order dated August 8, 2022 (ECF No. 48), it is hereby ordered that the Federal Rule of Civil Procedure 35 vocational rehabilitation examination ("examination") of Plaintiff Charles Highsmith will occur as follows:

1. The examination will take place on September 2, 2022 at 10 a.m.

2. The examination will take no longer than 3 hours to complete.

3. The participants will be Charles Highsmith and Joseph Rose.

4. The subject matter of the examination will be limited to Mr. Highsmith's mental and physical condition, his occupational abilities, and related matters that may impact his employability and/or cause a diminution of his earning capacity.

5. The examination will occur via remote video-conference, using a publicly available technology such as Zoom or WebEx. The invitation containing the meeting information will be sent no later than 24 hours prior to the examination.

Date: August 23, 2022

TIMOTHY J. SULLIVAN
United States Magistrate Judge