IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHARLES HIGHSMITH, *et al.*, | * |
| Plaintiffs, | * |
| v. | *   8:20-cv-03249-TDC-TJS |
| UNITED STATES OF AMERICA, | * |
| Defendant. | * |

**JOINT STATUS REPORT**

Plaintiffs Charles and Sheila Highsmith, by undersigned counsel, and Defendant United States of America, by undersigned counsel, submit this Joint Status Report and state as follows:

1. **Whether discovery has been completed**. The parties have completed fact discovery and are in the process of scheduling depositions of two of Plaintiffs' experts, Dr. Philip Marion and David E. Hebda, Ph.D., that were not scheduled and completed before the discovery deadline of November 4, 2022. Dr. Hebda's deposition is scheduled for November 7, 2022. Dr. Marion's deposition is scheduled for December 7, 2022.

2. **Whether any motions are pending**. No motions are pending.

3. **Whether any party intends to file a dispositive pretrial motion**. The parties are currently evaluating the merits of any dispositive pretrial motions. The parties will let the Court know by the case's current deadline of November 18, 2022 for a Notice of Intent to File a Pretrial Dispositive Motion. *See* Joint Fifth Amended Scheduling Order, ECF No. 51.

4. **Trial**. This Federal Tort Claims Act case will be tried by the Court. The anticipated length of trial is seven days.

5. **Settlement negotiations**. The parties have engaged in informal settlement negotiations.

6. **Whether the parties consent to mediation with a Magistrate Judge**. The parties would consent to mediation with a Magistrate Judge.

7. **Consent to have Magistrate Judge conduct all further proceedings**. The parties do not unanimously consent to proceed before a U.S. Magistrate Judge for all further proceedings.

8. **Any other matters**. None at this time.

DATE: November 4, 2022                     Respectfully submitted,

| /s/ *Seth Cardeli*<br>Seth L. Cardeli<br>Abigail Marshall<br>Levin & Perconti<br>325 North LaSalle Drive<br>Suite 300<br>Chicago, Illinois 60654<br>Telephone: (312) 332-2872<br>Facsimile: (312) 332-3112<br>slc@levinperconti.com<br>amm@levinperconti.com<br><br>*Counsel for the Plaintiffs* | /s/  Jennifer H. Gans<br>JENNIFER H. GANS<br>Trial Attorney<br>D. Md. Bar No. 94916<br>D.C. Bar No. 495176<br>Torts Branch, Civil Division<br>United States Department of Justice<br>Benjamin Franklin Station<br>P.O. Box 888<br>Washington, DC 20044<br>Phone:   (202) 616-4290<br>Fax:     (202) 616-5200<br>Jennifer.H.Gans@usdoj.gov<br><br>*Counsel for the United States of America* |