UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHARLES HIGHSMITH and
SHEILA HIGHSMITH,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

Civil Action No. TDC-20-3249

## ORDER

For the reasons stated during the December 1, 2022 Case Management Conference, it is hereby ORDERED that:

Defendant is granted leave to file the proposed Motion. The briefing schedule will be determined after mediation if a settlement is not reached. The parties shall file a Joint Status Report no later than **14 days** after the mediation session proposing an agreed-upon briefing schedule or an alternative next step in the case.

Date: December 1, 2022

THEODORE D. CHUANG
United States District Judge